IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 20-0004-WS |
| | ) |
| REGINALD JEJUAN HOWELL, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on the defendant's motion to dismiss several counts of the superseding indictment, (Doc. 88), on the grounds that Hobbs Act robbery is not a "crime of violence" within the elements clause of Section 924(c)(3)(A). (Doc. 156). As the defendant concedes, (*id*. at 1), the Eleventh Circuit has already "held that Hobbs Act robbery … independently qualifies as a crime of violence under § 924(c)(3)(A)'s use-of-force [*i.e*., elements] clause." *United States v. St. Hubert*, 909 F.3d 335, 345 (11th Cir. 2018); *accord id*. at 351.

Both this Court and any panel of the Eleventh Circuit are precluded by the prior-panel-precedent rule from considering the defendant's argument. "Under that rule, a prior panel's holding is binding on all subsequent panels unless and until it is overruled or undermined to the point of abrogation by the Supreme Court or by this court sitting *en banc*." *United States v. Sneed*, 600 F.3d 1326, 1332 (11th Cir. 2010). The defendant suggests no such overruling or implied abrogation of *St. Hubert*, or of the precedents on which it relies, by the Supreme Court.

The Court notes that the defendant offers two reasons that Hobbs Act robbery fails to satisfy the elements clause, only one of which was addressed and rejected by the *St. Hubert* Court. This circumstance does not alter application of the prior-panel-precedent rule. "We categorically reject any exception to the prior panel precedent rule based upon a perceived defect in the prior panel's reasoning or analysis as it relates to the law in

existence at that time." *United States v. Seabrooks*, 839 F.3d 1326, 1341 (11th Cir. 2016) (internal quotes omitted).

This Court is as bound by *St. Hubert* as is any Eleventh Circuit panel. Accordingly, the defendant's motion to dismiss is **denied**.

DONE and ORDERED this 21st day of January, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE
